**VERONICA A. F. NEBB**
City Attorney, SBN 140001
**KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**By: KRISTOFFER S. JACOB**
Assistant City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Email: katelyn.knight@cityofvallejo.net
kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO, TED GARCIA, NICHOLAS PETRIE, and BRYAN GLICK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J.L., a minor, by and through his Guardian ad Litem, CLARNISHA LYONS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a public entity; TED GARCIA (Badge No. 736), individually and in his official capacity as a police officer for the Vallejo Police Department; RONALD DUPREE (Badge No. 742), individually and in his official capacity as a police officer for the Vallejo Police Department; NICK PETRIE (Badge No. 765), individually and in his official capacity as a police officer for the Vallejo Police Department; BRYAN GLICK (Badge No. 672), individually and in his official capacity as a police officer for the Vallejo Police Department; and DOES 1-25, inclusive, individually and in their official capacities as agents, officers, and employees of the Vallejo Police Department,<br><br>Defendants. | Case No. 2:26-cv-00648-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [~~PROPOSED~~] ORDER** |

**WHEREAS,** Plaintiff filed a Complaint for Damages on March 1, 2026;

**WHEREAS,** Plaintiff served Defendants City of Vallejo, Ted Garcia, Nicholas Petrie, and Bryan Glick on May 7, 2026;

**WHEREAS,** the parties previously filed a stipulation to extend the above Defendants' deadline to file a responsive pleading 28 days pursuant to Local Rule 144 on May 27, 2026, and June 25, 2026;

**WHEREAS,** the above Defendants' intend to file a Motion to Dismiss and counsel are currently engaged in meet and confer efforts regarding the Motion;

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that Defendants' deadline to file a responsive pleading be extended fourteen (14) days to August 6, 2026.

LAW OFFICES OF KENNETH C. ODIWE, PC

DATED: July 23, 2026

*/s/ Kenneth Chike Odiwe (as authorized on 07/22/26)*
KENNETH CHIKE ODIWE
Attorney for Plaintiff J.L., by and through his Guardian ad Litem CLARNISHA LYONS

DATED: July 23, 2026

*/s/ Kristoffer S. Jacob*
Kristoffer S. Jacob
Assistant City Attorney
Attorney for Defendants CITY OF VALLEJO, TED GARCIA, NICHOLAS PETRIE, and BRYAN GLICK

**IT IS SO ORDERED.**

DATED: July 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE