**VERONICA A. F. NEBB**
City Attorney, SBN 140001
**KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**KRISTOFFER S. JACOB**
Assistant City Attorney, SBN 320286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Email: kristoffer.jacob@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO, TED GARCIA, NICHOLAS PETRIE, and BRYAN GLICK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

J.L., a minor, by and through his Guardian ad Litem, CLARNISHA LYONS,

Plaintiff,

vs.

CITY OF VALLEJO, a public entity; TED GARCIA (Badge No. 736), individually and in his official capacity as a police officer for the Vallejo Police Department; RONALD DUPREE (Badge No. 742), individually and in his official capacity as a police officer for the Vallejo Police Department; NICK PETRIE (Badge No. 765), individually and in his official capacity as a police officer for the Vallejo Police Department; BRYAN GLICK (Badge No. 672), individually and in his official capacity as a police officer for the Vallejo Police Department; and DOES 1-25, inclusive, individually and in their official capacities as agents, officers, and employees of the Vallejo Police Department,

Defendants.

Case No. 2:26-cv-00648-AC

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [~~PROPOSED~~] ORDER**

**WHEREAS,** Plaintiff filed a Complaint for Damages on March 1, 2026;

**WHEREAS,** Plaintiff served Defendants City of Vallejo, Ted Garcia, Nicholas Petrie, and Bryan Glick on May 7, 2026;

**WHEREAS,** the parties previously filed a stipulation to extend the above Defendants' deadline to file a responsive pleading on May 27, 2026, June 25, 2026, and July 22, 2026;

**WHEREAS,** the parties engaged in meet and confer efforts regarding the Defendants' intended motion to dismiss;

**WHEREAS,** Plaintiff has agreed to amend the complaint;

**WHEREAS,** the parties respectfully request additional time for Defendants to file a responsive pleading so that Plaintiff may amend the complaint and the parties may try to settle the pleadings informally; and

**WHEREAS,** no party will be prejudiced by the additional time.

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their designated counsel, that Defendants' responsive pleading deadline be extended fourteen (14) days to August 20, 2026.

DATED: August 7, 2026

LAW OFFICES OF KENNETH C. ODIWE, PC
*/s/ Kenneth Chike Odiwe (as authorized on 08/06/26)*
KENNETH CHIKE ODIWE
Attorney for Plaintiff J.L., by and through his Guardian ad Litem CLARNISHA LYONS

DATED: August 7, 2026

*/s/ Kristoffer S. Jacob*
Kristoffer S. Jacob
Assistant City Attorney
Attorney for Defendants CITY OF VALLEJO, TED GARCIA, NICHOLAS PETRIE, and BRYAN GLICK

**IT IS SO ORDERED.**

DATED: August 7, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE